IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CONNOR SPORT COURT INTERNATIONAL, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>v.<br><br>CUSTOM COURTS, INC., a Georgia Corporation,<br><br>        Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING IN PART DEFENDANT'S MOTION TO VACATE DEADLINES**<br><br><br>Case No. 2:26-CV-00423-TS-DAO<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Before the Court is an Emergency Motion to Vacate Deadlines filed by Defendant Custom Courts, Inc. ("Custom Courts").[1] Custom Courts requests that the Court vacate the deadlines by which Defendant must respond to the Complaint[2] and Motion for Preliminary Injunction[3] filed by Plaintiff Connor Sport Court International, LLC ("Connor Sport Court"), until the Court has resolved Defendant's underlying Motion to Stay.[4] Subsequently, Plaintiff filed a Notice of a Motion to Transfer/Reassign[5] this case to Judge Nielson, who is presiding over an earlier lawsuit filed by Defendant (and others) against Plaintiff (the "First Action").[6]

The Court finds that it is in the interest of judicial economy to vacate the deadlines as to the Complaint and Motion for Preliminary Injunction pending the resolution of the afore-

---

[1] Docket No. 13.

[2] Docket No. 1.

[3] Docket No. 3.

[4] Docket No. 11.

[5] Docket No. 16.

[6] *Custom Courts Inc et al v. Connor Sport Court International LLC et al*, Case No. 2:25-cv-1048-HCN-DBP.

1

mentioned Motion to Transfer/Reassign in the First Action. Defendant also requests that the Court set an expedited briefing schedule regarding the Motion to Stay. However, the Motion to Stay is fully briefed and thus is moot.

IT IS THEREFORE

ORDERED that Defendant's Emergency Motion to Vacate Deadlines (Docket No. 13) is GRANTED IN PART and DENIED IN PART. It is further

ORDERED that all deadlines related to the Complaint (Docket No. 1) and Plaintiff's Motion for Preliminary Injunction (Docket No. 3) are VACTED. The Court will set new deadlines, if necessary, after the Motion to Transfer/Reassign is resolved.

DATED this June 11, 2026.

BY THE COURT:

_____

Ted Stewart
United States District Judge